# COURT MINUTES

## Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor Date: 09/18/2026 Time: 10:00 AM

Defendant: Onimer Lazaro Garcia Chappoten J#: 52822-004 Case #: 26-CR-20370-Ruiz, II (SEALED)

AUSA: Michael Sartonian Attorney: Jordan M. Lewin (TEMP)

Violation: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

Proceeding: Detention Hearing CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond: TEMP-PTD

Bond Set at: Co-signed by:

- [x] ***Surrender and/or do not obtain passports/travel docs***
- [x] ***Report to PTS as directed/or*** ________ x's a week/month by phone: ______ x's a week/month in person
- [x] ***Random urine testing by Pretrial Services*** ________ ***Treatment as deemed necessary***
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] ***No contact with victims/codefendants; Govt to provide list to Defense & USPO w/in 24 hrs.***
- [x] ***No firearms***
- [x] ***Not to encumber property; including cosignors***
- [ ] ***May not visit transportation establishments***
- [x] ***Home Detention/Electronic Monitoring and/or*** Curfew ________ pm to ________ ***am, paid by*** ***Defendant***
- [x] ***Allowances: Medical needs, court appearances, attorney visits, treatment services***
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:

*Brady Order Not Given* Arraign & Report RE Counsel set for 09/28.

***Pretrial Detention Hearing held based on risk/danger. S/A Thomas Skura, FBI sworn and testified.***

***The Court sets $50K w/10% bond cosigned by his Son & $200K PSB cosigned by his life partner (Jennifer Rivero)***

~~Time from today to ________ excluded~~ from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

***Status Conference RE:*** ***Home Detention Telephonic hrg. 10/16/26 9:30 a.m. Judge Louis non-duty***

D.A.R. 10:46:43 Time in Court: 1 hr.