# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor | Date: 09/28/2026 Time: 10:00 AM

Defendant: Onimer Lazaro Garcia J#: BOND Case #: 26-CR-20370-RUIZ

AUSA: Frank Tamen Attorney: Jordan M. Lewin - PERM

Violation: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

Proceeding: Arraignment CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond:

Bond Set at: $50K w/10% bond and $200K PSB both co-signed Co-signed by:

Language: English

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ________ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ________ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ________ pm to ________ am, paid by ________
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:

*Brady Order NOT given*

Atty Lewin filed a Permanent -Notice of Appearance in open court;

Defendant Arraigned.

*Reading of Indict. Waived;*

*Not Guilty plea entered Jury Trial demanded;*

*Standing Discovery Order requested.*

Defendant's ore tenus request for entry of S.D.O. -**GRANTED**.

**BRADY ORDER GIVEN**

~~Time from today to ________ excluded~~ from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:21:09; 10:22:34 Time in Court: 3 minutes