**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**UNITED STATES OF AMERICA**,
Plaintiff,

**vs.** **CASE NO.: 26-CR-20370-RAR**

**ONIMER LAZARO GARCIA CHAPPOTEN**,
Defendant.
_______________________________________/

**NOTICE OF NO-OBJECTION TO CO-DEFENDANT'S MOTION TO CONTINUE TRIAL**

**COMES NOW,** the Defendant, Onimer Lazaro Garcia Chappoten ("Garcia Chappoten"), by and through the undersigned counsel, who respectfully files this Notice expressing that the Garcia Chappoten has no objection to the continuance of the scheduled trial that Co-Defendant, Juan Carlos Leiva Mora, requested on October 13, 2026. The Defendant puts forth the following in support of this Notice:

1. Garcia Chappoten was charged by indictment with Conspiracy to Possess with the Intent to Distribute a controlled substance on September 9, 2026.
2. Garcia Chappoten was arrested on September 14, 2026.
3. His arraignment hearing occurred on September 28, 2026.
4. The Government's counsel suffered a death in her family in late Sept./early Oct. 2026.
5. The Defendant has not yet received discovery in this cause.
6. The Defendant needs additional time to obtain and review the evidence that the Government intends to introduce at trial in order to overcome their burden and attempt to

prove the Defendant's guilt.

7. Garcia-Chappoten joins Co-Defendant Juan Carlos Leiva-Mora in requesting a sixty (60) day continuance of the upcoming two-week trial period commencing on November 16, 2026.

8. Undersigned counsel also echoes the Co-Defendant counsel's request that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

9. Garcia-Chappoten by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from October 13, 2026, through and including the next scheduled trial date.

**WHEREFORE**, Garica-Chappoten respectfully requests that this Honorable Court enter an Order continuing the trial of this cause for at least 60 days to January 2027 and reset all related deadlines, for the listed reasons.

Respectfully submitted,

JORDAN M. LEWIN, P.A.
2701 Ponce De Leon Blvd.
Suite 202
Coral Gables, FL 33134
Tel: (305) 577-8525
Fax: (305) 570-2714

By: __*/s/Jordan M. Lewin*______
Jordan M. Lewin
FL Bar No.: 0344450

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16 day of October, 2026, I filed this Notice of No-Objection to Co-Defendant Motion to Continue Trial with the Clerk of the Court utilizing

CM/ECF electronic docketing system, which will send Notice of Electronic Filing and a copy of this filing to all attorneys of record.

By:__/s/ Jordan M. Lewin_____
Jordan M. Lewin
Fla. Bar No.:0344450